**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 0 5 2011**

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO.  07-cv-00617 CMA-BNB

RICHARD LEE MARTINEZ,

      Petitioner,

vs.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __4th__ day of April, 2011.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 07-cv-00617 CMA-BNB

Mesa County Court
Mesa County Justice Center
125 N. Spruce
Grand Junction, CO 81505

Richard Lee Martinez
# 75213
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Matthew S. Holman - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on ___4/5/11___ .


GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk